UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHEILA M. JONES                                        CIVIL ACTION

VERSUS                                                  NO: 11-2288

MICHAEL J. ASTRUE,                        SECTION: R(5)
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

### ORDER

The Court, having reviewed *de novo* the complaint,[1] the record,[2] each party's motion for summary judgment,[3] the applicable law, the Magistrate Judge's Report and Recommendation,[4] and plaintiff's objections thereto,[5] hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly, it is ordered that plaintiff's motion for summary judgment be DENIED, defendant's motion for summary judgment be GRANTED, and plaintiff's complaint be DISMISSED with prejudice.

New Orleans, Louisiana, this 18th day of March, 2013.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 1.

[2] R. Doc. 13.

[3] R. Doc. 15; R. Doc. 16.

[4] R. Doc. 17.

[5] R. Doc. 18.